AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv268 | DATE FILED<br>5/6/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>TRW Vehicle Safety Systems Inc. Et al. | | DEFENDANT<br><br>Takata Corporation et al. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,490,690 | 2/13/96 | TRW Vehicle Safety Systems Inc. |
| 2 | 5,566,977 | 10/22/96 | TRW Vehicle Safety Systems Inc. |
| 3 | 5,782,489 | 7/21/98 | TRW Vehicle Safety Systems Inc. |
| 4 | 6,773,030 B2 | 8/10/04 | TRW Vehicle Safety Systems Inc. |
|   | 5,957,487 | 9/28/99 | TRW Occupant Restraint Systems GmbH |
| 5 | 6,155,595 | 12/5/00 | TRW Occupant Restraint Systems GmbH & Co. KG |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>5/6/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**

AO 120 (Rev. 3/04)
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**