IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC. and TRW AUTOMOTIVE GMBH, )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>TAKATA CORPORATION, TK HOLDINGS, INC., and TAKATA-PETRI AG,  )<br>  )<br>Defendants.  ) | C.A. No. 08-268-GMS |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for defendant TK Holdings Inc. in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant TK Holdings Inc.*

Dated:  June 12, 2008

{00222506;v1}