IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC. and TRW AUTOMOTIVE GMBH, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | C.A. No. 08-268-GMS |
| ) | |
| TAKATA CORPORATION, TK HOLDINGS, INC., and TAKATA-PETRI AG, ) ) ) | |
| Defendants. ) | |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant TK Holdings, Inc. must answer, move, or otherwise respond to the complaint in the above action is extended through and including July 16, 2008. The reason for this request is to permit defense counsel time to adequately investigate the pertinent facts and applicable law, and to determine how to appropriately respond to the complaint.

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
_____
Philip A. Rovner (I.D. #3215)
P.O. Box 951
Hercules Plaza
Wilmington, DE  19899
(302) 984-6140
provner@potteranderson.com
*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Attorneys for Defendant TK Holdings, Inc.*

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge