

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
302 984-6140 Direct Phone
302 658-1192 Fax
provner@potteranderson.com

July 2, 2008

**BY E-FILE AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

     Re:    TRW Vehicle Safety Systems, Inc., et al. v. Takata Corporation, et al.,
            D. Del., C.A. No. 08-268-GMS

Dear Dr. Dalleo:

     Pursuant to Rule 4(f)(2)(C)(ii), I wish to serve process upon defendant Takata Corporation which is a Japanese corporation. Pursuant to this Rule, I am forwarding to you a copy of the Complaint, Amended Complaint, and Summons in the above-captioned action which I wish to have you forward together with a Magistrate Consent Form to the aforesaid non-resident defendant by registered mail, return receipt requested, at the following address:

          Takata Corporation
          1-4-30 Roppongi, Minato-ku
          Tokyo 106-8510  Japan

I enclose my Affidavit on service, a pre-addressed envelope and a completed international form for registered mail, return receipt requested.

Case 1:08-cv-00268-GMS   Document 10   Filed 07/02/2008   Page 2 of 2

Dr. Peter T. Dalleo
July 2, 2008
Page 2

      At the appropriate time, I will have an employee of Parcels, Inc. accompany your deputy to the Post Office with funds to pay for the costs of mailing of the documents. I understand that thereafter your office will take care of executing an Affidavit of Mailing to which the Post Office receipt will be attached along with a copy of the cover letter.

                                        Very truly yours,

                                        Philip A. Rovner

PAR/mes/872386
Enc.