IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC.<br>and<br>TRW AUTOMOTIVE GmbH,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION,<br>TK HOLDINGS, INC., and<br>TAKATA-PETRI AG,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-268-GMS<br><br>DEMAND FOR TRIAL BY JURY |

### AFFIDAVIT OF PHILIP A. ROVNER

| | |
|---|---|
| STATE OF DELAWARE　　　　) | |
| 　　　　　　　　　　　　　) SS. | |
| COUNTY OF NEW CASTLE　　) | |

Philip A. Rovner, having been duly sworn does depose and say:

1.　　As a member of the Bar of this Court, I am an attorney and represent plaintiffs TRW Vehicle Safety Systems Inc. and TRW Automotive GmbH in the above-captioned action.

2.　　Defendant Takata Corporation is a Japanese corporation with its principal place of business at 1-4-30 Roppongi, Minato-ku, Tokyo 106-8510 Japan.

3.　　Plaintiffs desire to serve process on defendant Takata Corporation pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

4.　　I hereby certify under penalty of perjury that counsel have researched the issue and found that service of process by mail is an acceptable means of service in Japan.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| Robert C. Kahrl<br>Timothy J. O'Hearn<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>P.O. Box 951<br>Hercules Plaza<br>Wilmington, Delaware 19899<br>(302) 984-6140<br>provner@potteranderson.com |
| Dated: July 2, 2008<br>872429 | *Attorneys for Plaintiffs*<br>*TRW Vehicle Safety Systems Inc. and*<br>*TRW Automotive GmbH* |

SWORN TO AND SUBSCRIBED before me this 2nd day of July, 2008.

_/s/ Mary Ellen Stuchel_
Notary Public