IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC., ET AL. | ) | |
| | ) | |
| V. | ) | C.A. 08-268 |
| | ) | |
| TAKATA CORPORATION, ET AL. | ) | |

AFFIDAVIT

I, Schelley N. Stokes, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on July 3, 2008 by Registered Mail #RB972200403, U.S. Postal Service, to Takata Corporation, 1-4-30 Roppongi, Minato-ku, Tokyo 106-8510, Japan the following documents:

a)    Copy of Summons, Complaint and Amended Complaint served on the Secretary of the State of Delaware in connection with the above-captioned case; and

b)    Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option

_____
Deputy Clerk

Sworn to and subscribed before me
this 3rd Day of July, 2008

_____
Marlene Warrant

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 3, 2008

REGISTERED MAIL
RETURN RECEIPT REQUESTED

RE:    TRW Vehicle Safety Systems Inc., et al v. Takata Corporation, et al
C.A. No. 08-268

Dear Sir/Madam:

Enclosed please find a copy of the Summons, Complaint and Amended Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

Philip A. Rovner (# 3215)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Sincerely,

BY:    PETER T. DALLEO
CLERK

cc:    Philip A. Rovner



| Registered No. RB972200403US | | Date Stamp |
| --- | --- | --- |
| RB 972200403 US | | |

**To Be Completed By Post Office**

| Reg. Fee | $10.80 | | |
| --- | --- | --- | --- |
| Handling Charge | $0.00 | Return Receipt | $2.2 |
| Postage | $18.55 | Restricted Delivery | $0.0 |
| Received by | MSS | | |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Clerk US Dist. Court
844 N. King St
Wilm Del 19801

TO: Takata Corporation
1-4-30 Roppongi, Minato-ku
Tokyo 106-8510 Japan

Longham CA 08-268

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

Item Description (Nature de l'envoi)

Registered (Envoi recommandé) ☒ Article / ☐ Letter (Lettre) / ☐ Printed Matter (Imprimé) / ☐ Other (Autre)

Recorded Delivery (Envoi à livraison attestée) / ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée)

Article Number
RB 972 200 403 US

Office of Mailing (Bureau de dépôt)
WILM DE

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
TAKATA CORPORATION

Street and No. (Rue et No.)
1-4-30 ROPPONGI, MINATO-KU

Place and Country (Localité et pays)
TOKYO 106-8570 JAPAN

Completed by the office of origin (A remplir par le bureau d'origine)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

Completed at destination (A compléter à destination)

PS Form **2865**, February 1997 (Reverse)   Long Arm   08-268

Date Stamp

Registered No.
RB 972 200 403 US

Reg. Fee

Handling Charge

Postage

Received by

Return Receipt

Restricted Delivery

To Be Completed By Post Office

Customer Must Declare
Full Value $

With Postal Insurance ☐
Without Postal Insurance ☐

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM
Clerk US Dist. Court
844 N. King St.
Wilm DE 19801

TO
Takata Corporation
1-4-30 Roppongi, Minato-ku
Tokyo 106-8570 Japan

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

Long Arm 08-268