IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC.<br>4505 W. 26 Mile Rd.<br>Washington, MI 48094<br><br>and<br><br>TRW AUTOMOTIVE GmbH<br>Industriestrasse 20<br>D 73551<br>Aldorf, Germany<br><br>    Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION<br>1-4-30 Roppongi<br>Minato-ku<br>Tokyo 106-8510<br>Japan<br><br>and<br><br>TK HOLDINGS, INC.<br>2500 Takata Drive<br>Auburn Hills, MI 48326<br><br>and<br><br>TAKATA-PETRI AG<br>Bahnweg 1<br>63743<br>Aschaffenburg, Germany<br><br>    Defendants. | Civil Action No. 08-268-GMS<br><br>DEMAND FOR TRIAL BY JURY |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPOINTING
<u>INTERNATIONAL PROCESS SERVER</u>**

Plaintiffs, TRW Vehicle Safety Systems Inc. and TRW Automotive GmbH ("Plaintiffs"), hereby certify, by and through their counsel, as follows:

1. On May 6, 2008, Plaintiffs filed a Complaint against, among others, Takata-Petri AG, Bahnweg 1, 63743, Aschaffenburg, Germany (D.I. 1). On June 25, 2008, Plaintiffs filed an Amended Complaint against the same parties (D.I. 7).

2. Plaintiffs filed a Summons to effect service on Takata-Petri AG on June 30, 2008.

3. Plaintiffs' counsel has contacted Crowe Foreign Services to act as International Process Server in accordance with the Hague Service Convention.

4. Pursuant to the requirements of German judicial authorities, we submit to the Court the attached Proposed Order Appointing International Process Server.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
P.O. Box 951
Hercules Plaza
Wilmington, Delaware 19899
(302) 984-6140
provner@potteranderson.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Robert C. Kahrl
Timothy J. O'Hearn
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

Dated: July 15, 2008
874025

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 15, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following parties as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC.<br>4505 W. 26 Mile Rd.<br>Washington, MI 48094<br><br>and<br><br>TRW AUTOMOTIVE GmbH<br>Industriestrasse 20<br>D 73551<br>Aldorf, Germany<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION<br>1-4-30 Roppongi<br>Minato-ku<br>Tokyo 106-8510<br>Japan<br><br>and<br><br>TK HOLDINGS, INC.<br>2500 Takata Drive<br>Auburn Hills, MI 48326<br><br>and<br><br>TAKATA-PETRI AG<br>Bahnweg 1<br>63743<br>Aschaffenburg, Germany<br><br>　　　　　Defendants. | Civil Action No. 08-268-GMS<br><br>DEMAND FOR TRIAL BY JURY |

**ORDER APPOINTING INTERNATIONAL PROCESS SERVER**

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the

Hague Conference on Private International Law on November 15, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

    IT IS SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge