IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC. and TRW AUTOMOTIVE GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., and TAKATA-PETRI AG,<br><br>Defendants. | C.A. No. 08-268-GMS |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE     )
                      ) ss:
COUNTY OF NEW CASTLE  )

Philip A. Rovner, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for TRW Vehicle Safety Systems Inc. and TRW Automotive GmbH, plaintiffs herein.

2. Defendant Takata-Petri AG, is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3. On July 1, 2008, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Takata-Petri AG, Bahnweg 1, 63743, Aschaffenburg, Germany, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally,

and enclosing a copy of the Summons, Complaint, Amended Complaint and Magistrate's Consent. The return receipt was received by Philip A. Rovner, Esq. on July 17, 2008, as evidenced by the return receipt attached as Exhibit A.

Dated: July 22, 2008

_____ [signature]

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_Mary Ellen Stuckel_ [signature]

# EXHIBIT A

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number: RB 972200 350 US

Office of Mailing (Bureau de dépôt): Wilm DE

Date of Posting (Date de dépôt): 7-1-08

Addressee Name or Firm (Nom ou raison sociale du destinataire): Takata-Petri AG

Street and No. (Rue et No.): Bahnweg 1, 63743

Place and Country (Localité et pays): Aschaffenburg Germany

The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: 10.7.08

Signature of Addressee (Signature du destinataire): DORIN [illegible]

PS Form 2865, February 1997 (Reverse)