IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC. and TRW AUTOMOTIVE GmbH, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 08-268-GMS |
| v. | ) ) ) | DEMAND FOR TRIAL BY JURY |
| TAKATA CORPORATION, TK HOLDINGS, INC. and TAKATA-PETRI AG, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Plaintiffs TRW Vehicle Safety Systems Inc. ("VSSI") and TRW Automotive GmbH ("GmbH") state as follows: (1) VSSI is indirectly wholly owned by TRW Vehicle Safety Systems, Inc., and no other publicly held corporation owns 10% or more of its stock; and (2) GmbH is indirectly wholly-owned by TRW Automotive Holdings Corp., and no other publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Robert C. Kahrl
Timothy J. O'Hearn
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Dated: July 30, 2008
867535

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
P.O. Box 951
Hercules Plaza
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 30, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following parties as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

I hereby certify that on July 30, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Michael D. Kaminski, Esq.
Kenneth E. Krosin, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 30007
Mkaminski@foley.com
kkrosin@foley.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com