IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRW VEHICLE SAFETY SYSTEMS INC.<br>4505 W. 26 Mile Rd.<br>Washington, MI 48094<br><br>and<br><br>TRW AUTOMOTIVE GmbH<br>Industriestrasse 20<br>D 73551<br>Aldorf, Germany<br><br>                    Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION<br>1-4-30 Roppongi<br>Minato-ku<br>Tokyo 106-8510<br>Japan<br><br>and<br><br>TK HOLDINGS, INC.<br>2500 Takata Drive<br>Auburn Hills, MI 48326<br><br>and<br><br>TAKATA-PETRI AG<br>Bahnweg 1<br>63743<br>Aschaffenburg, Germany<br><br>                    Defendants. | Civil Action No. 08-268-GMS<br><br>DEMAND FOR TRIAL BY JURY |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and

Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the

Hague Conference on Private International Law on November 15, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this 7th day of August, 2008.

_____
United States District Judge